# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

LHF Productions, Inc.

                        Plaintiff,

v.                                          Case No.: 1:16–cv–07675
                                                Honorable Gary Feinerman

Does 1–31

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 25, 2016:

      MINUTE entry before the Honorable Gary Feinerman:Motion for leave to take discovery prior to Rule 26(f) conference [8] is granted. Plaintiff may cause to be issued subpoenas to the ISPs of the Doe Defendants for the sole purpose of obtaining their names and addresses. This order is without prejudice to any ISP or defendant moving on any available ground to quash the subpoenas. Motion hearing set for 8/31/2016 [10] is stricken.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.